UNITED STATES of America,
Plaintiff–Appellee

v.

Lorna MOSETI, Defendant–Appellant.

No. 12–10418
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 22, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Christopher Michael McCaffrey, Law Offices of Christopher McCaffrey, Dallas, TX, for Defendant–Appellant.

Lorna Moseti, Danbury, CT, pro se.

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lorna Moseti has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Moseti has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Moseti's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.